AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Trauger, Aleta A. | 2. Court or Organization<br><br>U.S. District Court (MD Tenn) | 3. Date of Report<br><br>7/28/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Ct.Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>825 U.S. Courthouse<br>801 Broadway<br>Nashville, Tennessee 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, National Council | Vanderbilt Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 30 A 11: 08 FINANCIAL DISCLOSURE OFFICE

**Trauger, Aleta A**

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 7/28/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Income from law firm partnership - ▓▓▓ is attorney partner in Trauger & Tuke. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 7/28/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nashville Bank & Trust | Mortgage on ▨ law firm building (▨ liability with other partners) and | O |
| 2. --(continued from above) | loan for ▨ law firm HVAC units ▨ liability with other partners) | |
| 3. Nashville Bank & Trust | Line of credit on ▨ law firm building | J |
| 4. Nashville Bank & Trust | Mortgage on Rental Property, Nashville, Davidson Co., TN | O |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 7/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Acc'ts. at SunTrust Bank, Nashville, TN | C | Interest | M | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | A | Interest | L | T | | | | | |
| 3. Robertson Stephens Emerging Growth Fund | A | Interest | M | T | | | | | |
| 4. Coventry Health Care Inc. common stock | | None | K | T | | | | | |
| 5. Guilford Co., NC farmland | B | Rent | N | W | | | | | |
| 6. Cash surr. value NW Life policy | | None | L | T | | | | | |
| 7. Cash surr. value of 2 NW Life policies | | None | M | T | | | | | |
| 8. Parnassus Fund | A | Dividend | K | T | | | | | |
| 9. Interest in law firm bldg. (with partners) | | None | N | W | | | | | |
| 10. Profit sharing plan- Divers. Trust | | None | O | T | | | | | |
| 11. Knox County, TN munic. bonds | | None | K | T | | | | | |
| 12. Rutherford Co., TN gen. oblig. bonds | | None | | | Sold | 5/15 | K | | |
| 13. ITECH Partners, L.P. | | None | J | W | | | | | |
| 14. Moore County, NC timber land | B | Rent | M | W | | | | | |
| 15. Qualifacts Systems, Inc. | | None | J | W | | | | | |
| 16. Metro Nashville Electric Revenue bonds | | None | K | T | | | | | |
| 17. Bank of America Corp. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 7/28/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 19. Piedmont Natural Gas Co. | | None | K | T | | | | | |
| 20. Metro Nashville Electric Service Zero Coupon Bonds | | None | K | T | | | | | |
| 21. TN Housing Development Agcy. Homeownership Bonds | A | Interest | K | T | | | | | |
| 22. A.G.E. Bank Deposit Program | A | Interest | K | T | | | | | |
| 23. Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |
| 24. Wachovia Securities Brokerage Acct. | | | | | | | | | |
| 25. - American Balanced Fund, Inc. | B | Dividend | M | T | Buy | 1/02 | J | | |
| 26. - Capital Income Builder Fund | C | Dividend | M | T | Buy | 1/02 | J | | |
| 27. - Capital World Growth & Income Fund | C | Dividend | M | T | Buy | 1/02 | J | | |
| 28. - Growth Fund of America, Inc. | B | Dividend | L | T | Buy | 1/02 | J | | |
| 29. - Investment Co. of America | A | Dividend | | | Sold | 12/30 | K | | |
| 30. - New Perspective Fund | C | Dividend | M | T | Buy | 1/02 | J | | |
| 31. -Fundamental Investors of America | | None | K | T | Buy | 12/30 | K | | |
| 32. Lincoln National Corp | | None | J | T | | | | | |
| 33. Pinnacle Nat. Bank CD | B | Interest | K | T | | | | | |
| 34. MGT Holdings | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 7/28/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. The Providence Service Corp. | | None | K | T | | | | | |
| 36. Rental Property -Nashville, Davidson Co., TN | E | Rent | O | W | | | | | |
| 37. Regions Bank money market acc't. (Morgan Keegan) | B | Interest | J | | | | | | |
| 38. Pinnacle Nat. Bank acc't. (rental property) | A | Interest | J | T | | | | | |
| 39. Blount County, TN munic. bonds | A | Interest | K | T | Buy | 5/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.

10. Not taking into account the outstanding mortgage.

22. Centennial Money Market (A.G. Edwards) became the A.G.E. Bank Deposit Program when A.G. Edwards and Sons merged into Wachovia Securities in 2008.

24. A.G. Edwards and Sons merged into Wachovia Securities in 2008.

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 7/28/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544